**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No.: 26-10006** |
| **Diana Luisa Perez** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | **MOTION** |
| | ) | **-To Approve Insurance Settlement** |
| | ) | **-To Authorize Use of Insurance** |
| | ) | **Proceeds to Purchase Substitute** |
| | ) | **Transportation** |

NOW COMES Debtor by and through her attorney of record and moves this Court (a) for approval of her insurance settlement respecting the casualty loss of her 2019 Jeep Wrangler vehicle, and (b) for authority to use the insurance proceeds of such settlement to purchase a substitute vehicle. In support hereof, Debtor shows unto the Court:

1. Debtor herein filed her Chapter 13 proceeding on January 12, 2026, and her Chapter 13 Plan was confirmed March 22, 2026.

2. In the relevant schedules filed in connection with her Chapter 13 case, Debtor listed her ownership interest in a 2019 Jeep Wrangler which she valued at $18,975.00, and an indebtedness owed to Exeter Finance, LLC (hereinafter "Exeter") which holds a first lien interest on such vehicle, in the sum of $28,922.00.

3. On January 30, 2026, Debtor's 2019 Jeep Wrangler was "totaled", and the insurance carrier covering the loss, Erie Insurance, has adjusted the loss at $22,903.66.

4. Debtor is in need of the insurance proceeds to use for the purchase of substitute transportation.

5. Debtor is able to afford adequate protection to Exeter with respect to her use of the aforesaid insurance proceeds by continuing to make her monthly Chapter 13 payments, by purchasing a substitute vehicle which has a value consistent with the available casualty loss insurance proceeds, by giving Exeter a first lien interest in the replacement vehicle and by paying to Exeter any casualty loss proceeds not used in the purchase of the substitute vehicle.

6. Geoffrey A. Planer, attorney for Debtor, has performed valuable legal services to Debtor respecting the preparation and prosecution of this Motion and is entitled to the award of a non-base fee of $550.00 plus reimbursement of copy and postage costs of $30.00, a total of $580.00.

**WHEREFORE, DEBTOR PRAYS THE COURT:**

1. That this Court approve the insurance settlement with Eric Insurance respecting the casualty loss of the 2019 Jeep Wrangler vehicle.

2. That Debtor be authorized to use the insurance proceeds to purchase a substitute vehicle.

3. That this Court order Erie Insurance to pay the insurance proceeds directly to Debtor to use solely for the purchase of a substitute vehicle having a value consistent with the sum of the casualty loss proceeds.

4. That this Court order Exeter to release its lien upon the certificate of title to the 2019 Jeep Wrangler and forward that certificate of title to Erie Insurance, Attn: Marc Dadio, 10715 David Taylor Drive, Suite 500, Charlotte, NC 28262.

5. That Exeter be granted a first lien interest in Debtor's substitute vehicle in lieu of its lien on the 2019 Jeep Wrangler.

6. That the further adequate protection provisions set-forth in Paragraph #5 of this Motion be approved and ordered by the Court.

7. That this Court award Geoffrey A. Planer a non-base fee of $550.00 plus reimbursement of copy and postage costs of $30.00, a total of $580.00 to be paid via Debtor's Plan.

8. And for such other and further relief as to the Court may seem just and proper.

Dated this the 12th day of August, 2026.

By: *__/s/ Geoffrey A. Planer__*

Geoffrey A. Planer, Attorney for Debtor
N.C. State Bar No.: 6338
216 South Marietta St. / P.O. Box 1596
Gastonia, NC 41053-1596
Phone: (704) 864-0235 / Fax: (704) 864-3396

**Local Form 1** **September 2021**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 26-10006 |
| | ) | Chapter: 13 |
| Diana Luisa Perez | ) | |
| | ) | |
| | ) | **<u>NOTICE OF OPPORTUNITY FOR HEARING</u>** |
| | ) | No Protest Notice: No Hearing Will Be Held |
| | ) | Unless A Request For Hearing Is Filed |

**TAKE NOTICE** that Debtor has filed papers with the court to approve insurance settlement. A copy of these paper(s) is included with this notice or copied on the reverse side of this notice.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to order the approval of insurance settlement, or if you want the court to consider your views on the Motion, then on or before **August 27, 2026**, you or your attorney must do three things:

1. **File a written response with the court <u>requesting that the court hold a hearing</u> and explaining your position. File the response at:**

   U.S. Bankruptcy Court
   401 W. Trade Street
   Charlotte, NC 28202

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   Geoffrey A. Planer
   Attorney at Law
   PO Box 1596
   Gastonia, NC 28053-1596
   Fax: 704-864-3396

3. **Attend the hearing scheduled for September 15, 2026** at 9:30 a.m. at the U.S. Bankruptcy Court, 100 Otis Street, Room 112, Asheville, NC 28801.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD,** and the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: August 12, 2026

*<u>/s/ Geoffrey A. Planer</u>*.
Geoffrey A. Planer, Attorney for Debtor
NC State Bar No. 6338
PO Box 1596
Gastonia, NC 28053-1596
Phone: 704-864-0235
Fax: 704-864-3396

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No.: 26-10006** |
| **Diana Luisa Perez,** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on the 12th day of August, 2026, he caused a copy of the: MOTION TO APPROVE INSURANCE SETTLEMENT and NOTICE OF OPPORTUNITY FOR HEARING: to be served for delivery by the US Postal Service, via First Class US Mail, postage prepaid, with sufficient postage thereon or by ECF electronic notice to the parties listed below and/or via ECF electronic notice.

U.S. Bankruptcy Administrator's Office
for the Western District of North Carolina
**Via ECF**

U.S. Clerk of Bankruptcy Court
Western District of NC
**Via ECF**

Steven G. Tate
Standing Trustee
**Via ECF**

Erie Insurance
Attn: Marc Dadio
**Via Email**

Erie Insurance
Claim #A00007433425
10715 David Taylor Drive, Ste. 500
Charlotte, NC 28262

Exeter Finance LLC
2101 W. John Carpenter Freeway
Irving, TX 75063

Diana Perez
140 Boyden Road
Banner Elk, NC 28604-9757

By: *_/s/ Geoffrey A. Planer_*
Geoffrey A. Planer, Attorney for Debtor
N.C. State Bar No.: 6338
216 South Marietta St. / P.O. Box 1596
Gastonia, NC 41053-1596
Phone: (704) 864-0235
Fax: (704)864-3396