FILED & JUDGMENT ENTERED
Christine F. Ramsey

September 3 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

George R. Hodges
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No.: 26-10006** |
| **Diana Luisa Perez,** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **DEBTOR.** | ) | **ORDER** |
| | ) | **-Approving Insurance Settlement** |
| | ) | **-Authorizing Use of Insurance Proceeds** |
| | ) | **to Purchase Substitute Transportation** |

THIS CAUSE, coming on for consideration before the undersigned United States Bankruptcy Judge for the Western District of North Carolina, Asheville Division, pursuant to the Debtor's Motion (a) for approval of her insurance settlement respecting the casualty loss of her 2019 Jeep Wrangler vehicle; and (b) for authority to use the insurance proceeds of such settlement to purchase a substitute vehicle; and

IT APPEARING that due notice has been afforded to all parties in interest respecting Debtor's Motion, but no response has been filed or request for hearing made with respect thereto; and

IT FURTHER APPEARING that good cause exists for the granting of Debtor's Motion, such good cause being that Debtor's 2019 Jeep Wrangler was "totaled" in a vehicle accident, and Debtor is in need of the insurance proceeds to use for the purchase of substitute transportation; and

IT FURTHER APPEARING that Geoffrey A. Planer, attorney for the Debtor, has performed valuable legal services to the Debtor respecting the preparation and prosecution of Debtor's Motion. Such attorney is therefore entitled to the award of a non-base fee of $550.00 plus reimbursement of copying and postage costs in the sum of $30.00, for a total of $580.00.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The insurance settlement in the sum of $22,903.66 with Erie Insurance respecting the casualty loss of the 2019 Jeep Wrangler vehicle is approved.

2. Debtor is authorized to use the insurance proceeds to purchase a substitute vehicle.

3. Erie Insurance is ordered to pay the insurance proceeds directly to Debtor to use solely for the purchase of a substitute vehicle having a value consistent with the sum of the casualty loss proceeds.

4. Exeter is ordered to release its lien upon the certificate of title to the 2019 Jeep Wrangler and forward that certificate of title to Erie Insurance, Attn: Marc Dadio, 10715 David Taylor Drive, Suite 500, Charlotte, NC 28262.

5. Exeter is granted a first lien interest in Debtor’s substitute vehicle in lieu of its lien on the 2019 Jeep Wrangler.

6. Debtor shall afford adequate protection to Exeter with respect to his use of the insurance proceeds by: (a) continuing to make his monthly Chapter 13 payments; (b) purchasing a substitute vehicle which has a value consistent with the available casualty loss insurance proceeds; (c) giving Exeter a first lien interest in the replacement vehicle; and (d) paying to Exeter any casualty loss proceeds not used in the purchase of the substitute vehicle.

7. Geoffrey A. Planer is awarded a non-base fee of $550.00 plus reimbursement of copy and postage costs of $30.00, a total of $580.00 to be paid via Debtor’s Plan.

This Order has been signed electronically.
The judge’s signature and court’s seal
Appear at the top of the Order.

United States Bankruptcy Court